## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

RE:                                              )
                                                 )
TRACY ANN BIRRELL                                )      Case No. 09-11826-RGM
       Debtor                                    )      Chapter 7

### REPORT OF SMALL DIVIDENDS

     Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend due and payable to:

| Creditors Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| AAA Recycling & Trash Removal<br>4619 West Ox Road<br>Fairfax, VA 22030 | 3 | $.79 |

Dated: October 26, 2009

/s/Gordon P. Peyton
Gordon P. Peyton
Virginia State Bar #5155
510 King Street, Suite 310
Alexandria, VA 22314
(703)684-2000